**Motion Granted; Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed March 25, 2014.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

## NO. 14-14-00141-CV

## IN RE IDEAL CLASSIC CARS, LLC AND MICHAEL LOMBARDO, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-34256**

## MEMORANDUM OPINION

On February 18, 2014, relators, Ideal Classic Cars, LLC and Michael Lombardo, filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52.

On March 19, 2014, relators filed an unopposed motion to dismiss this original proceeding as moot because real party in interest, Brian Overstreet, filed a

notice of nonsuit of his claims against relators with prejudice due to the parties' having reached agreements resolving the disputes between them. Relators' requested relief in the petition for writ of mandamus is now moot. The motion is granted.

Accordingly, relators' petition for writ of mandamus is ordered dismissed.

PER CURIAM

Panel consists of Justices McCally, Busby, and Donovan.